**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| EZRA JONES, individually and on behalf of all others similarly situated,<br><br>v.<br><br>C&D SECURITY MANAGEMENT, INC. d/b/a ALLIED UNIVERSAL SECURITY SERVICES; C&D ENTERPRISES, INC. d/b/a ALLIED UNIVERSAL SECURITY; UNIVERSAL PROTECTION SERVICES, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES, LLC; SOS SURCURITY LLC d/b/a SOS SECURITY LLC d/b/a ALLIED UNIVERSAL RISK ADVISORY AND CONSULTING SERVICES; SECURADYNE SYSTEMS INTERMEDIATE LLC d/b/a ALLIED UNIVERSAL TECHNOLOGY SERVICES; ALLIED BARTON SECURITY SERVICES, LLC d/b/a ALLIED UNIVERSAL SECURITY SERVICES; AND UNIVERSAL SERVICES OF AMERICA, LP d/b/a ALLIED UNIVERSAL SECURITY SERVICES | **Case No. 2:22-cv-01536**<br>FLSA Collective Action<br>Fed. R. Civ. P. 23 Class Action |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, EZRA JONES, ("Plaintiff"), by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this case without prejudice.

Respectfully submitted this 22nd day of April, 2022.

By: */s/ Angeli Murthy*
**Angeli Murthy, Esq.**
PA Bar No. 93699
**MORGAN & MORGAN, P.A.**
8151 Peters Rd., Suite 4000
Plantation, FL 33324
Telephone: (954) 327-5369
Facsimile: (954) 327-3016
Email: amurthy@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22nd, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.

**/s/ ANGELI MURTHY**
Angeli Murthy, Esquire